UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY H-19-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:21CR_____ (    ) |
| v. | VIOLATIONS: |
| OLGA AUCAPINA, a.k.a. Olga Aucapina Paredes, | 18 U.S.C. § 371 (Conspiracy to Commit Offense or to Defraud United States) |
| DIEGO AUCAPINA, a.k.a. Diego Aucapina Paredes, | 18 U.S.C. § 286 (Conspiracy to Defraud the Government With Respect to Claims) |
| JAIRO SANTIAGO SARANGO SOLANO, a.k.a. Jairo Santiago Sarango, and | 18 U.S.C. § 1956(h) (Conspiracy to Commit Money Laundering) |
| EDWIN F. GUTIERREZ | 18 U.S.C. § 641 (Theft of Public Money) |

INDICTMENT

The Grand Jury charges:

GENERAL ALLEGATIONS

At all times relevant to this Indictment, unless otherwise specified:

The Defendants

1.      The defendant OLGA AUCAPINA, a.k.a. Olga Aucapina Paredes ("OLGA AUCAPINA") is a citizen of Ecuador who resides in Connecticut.

2.      The defendant DIEGO AUCAPINA, a.k.a. Diego Aucapina Paredes ("DIEGO AUCAPINA") is a citizen of Ecuador who resides in Connecticut.

3.      The defendant JAIRO SANTIAGO SARANGO SOLANO, a.k.a. Jairo Santiago Sarango ("SOLANO") is a citizen of Ecuador who resides in Connecticut.

4.      The defendant EDWIN F. GUTIERREZ ("GUTIERREZ") is a citizen of Ecuador who resides in Connecticut.

<u>Relevant Bank Accounts</u>

5.      GUTIERREZ is the sole authorized signor for bank account number ending in 8114 ("Account 8114") at First Niagara Bank.

6.      GUTIERREZ is the sole authorized signor for bank account number ending in 9813 ("Account 9813") at Wells Fargo Bank, N.A.

7.      OLGA AUCAPINA is the sole authorized signor for bank account numbers ending in 0633 ("Account 0633") and 3504 ("Account 3504") at People's United Bank.

8.      OLGA AUCAPINA and her relative, an individual with initials N.Z., whose true identity is known to the Grand Jury, are the sole authorized signors for bank account numbers ending in 9241 ("Account 9241") and 9662 ("Account 9662") at Wells Fargo Bank, N.A.

9.      SOLANO is the sole authorized signor for bank account number ending in 3079 ("Account 3079") at First Niagara Bank.

10.      SOLANO is the sole authorized signor for bank account number ending in 6032 ("Account 6032") at People's United Bank.

11.      Wells Fargo Bank, N.A. account number ending in 4805 ("Account 4805") was opened in the name of an individual with initials M.Chu., whose true identity is known to the Grand Jury, on or about May 18, 2015.  Bank statements for that account were sent to an address where DIEGO AUCAPINA resided.

## COUNT ONE
(Conspiracy to Commit an Offense)

12.     Paragraphs 1 to 11 are incorporated by reference.

13.     From in or about May 2013 until in or about April 2017, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, the defendants OLGA AUCAPINA, DIEGO AUCAPINA, SOLANO, GUTIERREZ, and others known and unknown to the Grand Jury (collectively, the "Conspirators"), did knowingly and willfully combine, conspire, confederate, and agree together and with each other to commit offenses against the United States, that is, to knowingly and willfully embezzle, steal, purloin, and convert to their own use, and the use of another, money of a value exceeding $1,000, namely, fraudulent tax refunds from the U.S. Department of the Treasury, which money was property of the United States, in violation of Title 18, United States Code, Section 641.

### Manner and Means of the Conspiracy

14.     It was part of the conspiracy that one or more of the Conspirators prepared and filed fraudulent personal federal income tax returns (and supporting schedules and forms), in the names of other foreign nationals ("claimant(s)"), with the Internal Revenue Service ("IRS") in order to illegally obtain tax refunds from the United States Department of the Treasury. Each tax return requested a tax refund and stated that the claimant resided in the United States, earned income during the tax year, and had federal income tax withheld from the claimant's wages. Each return also indicated it was self-prepared by the claimant. Attached to most of the returns was a Form W-2 purporting to be from a company in the United States, showing wages that the claimant earned from that company, and showing the amount of federal income tax that had been withheld from the claimant's wages. However, in truth and in fact, the claimants never worked for or earned income from the company listed on the Form W-2. In addition, United States Customs and Border

Protection ("CBP") has no records of the claimants being present in the United States during the tax years for which the returns were filed.  Indeed, in most cases, CBP has no records of the claimant ever entering the United States.

15.     It was further part of the conspiracy that based on the fraudulent tax returns, the IRS issued tax refunds payable to the claimants. In most cases, the checks were mailed to an address listed on the tax return.  In one case, the refund was directly deposited to a bank account listed on the tax return.

16.     It was further part of the conspiracy that the Conspirators obtained the refund checks, endorsed them, and deposited them into bank accounts controlled by OLGA AUCAPINA, SOLANO, GUTIERREZ, and others. In total, between May 2013 and April 2017, the IRS received at least 34 false tax returns for tax years 2012 through 2016, resulting in tax refunds from the U.S. Department of the Treasury in excess of $103,000, which refunds were deposited into bank accounts controlled by OLGA AUCAPINA, SOLANO, GUTIERREZ, and others.  For each fraudulent federal tax refund, the following table lists the initials of the tax claimant (whose true identity is known to the Grand Jury), the tax year, the approximate date the tax return was signed, the tax refund amount, the date the IRS issued the refund, the date the tax refund was deposited, the bank account where the refund was deposited, and the name of the defendant who endorsed the tax refund check.

| Tax Claimant's Initials | Tax Year | Date Tax Return Signed | Tax Refund Amount | Date Tax Refund Issued | Tax Refund Deposit Date | Bank Account | Defendant Who Endorsed Check |
|---|---|---|---|---|---|---|---|
| A.L. | 2014 | 1/23/2015 | $3,139 | 3/20/2015 | 5/18/2015 | Account 9241 | Olga Aucapina |
| C.Al. | 2014 | 3/4/2015 | $3,205 | 4/24/2015 | 9/2/2015 | Account 8114 | Gutierrez |

| Tax Claimant's Initials | Tax Year | Date Tax Return Signed | Tax Refund Amount | Date Tax Refund Issued | Tax Refund Deposit Date | Bank Account | Defendant Who Endorsed Check |
|---|---|---|---|---|---|---|---|
| C.An. | 2012 | 5/12/2015 | $3,132.43 | 9/11/2015 | 11/6/2015 | Account 3504 | Olga Aucapina |
| C.An. | 2014 | 2/10/2015 | $3,056 | 4/24/2015 | 8/21/2015 | Account 3079 | Solano |
| C.An. | 2015 | 2/10/2016 | $3,246 | 3/15/2016 | 3/28/2016 | Account 9241 | Olga Aucapina |
| C.B. | 2014 | 2/14/2015 | $2,846 | 7/9/2015 | 9/10/2015 | Account 3504 | Olga Aucapina |
| C.P. | 2014 | 3/17/2015 | $3,119 | 6/12/2015 | 8/14/2015 | Account 3504 | Olga Aucapina |
| E.M. | 2014 | 1/20/2015 | $3,139 | 5/22/2015 | 7/8/2015 | Account 9241 | Olga Aucapina |
| F.C. | 2014 | 4/16/2015 | $2,704 | 6/19/2015 | 9/17/2015 | Account 8114 | Gutierrez |
| F.M. | 2014 | 6/17/2015 | $2,509 | 8/7/2015 | 10/2/2015 | Account 8114 | Gutierrez |
| G.P. | 2014 | 1/19/2015 | $2,900 | 4/24/2015 | 8/17/2015 | Account 6032 | Solano |
| J.B. | 2013 | no date | $3,244 | 11/30/2015 | 1/6/2016 | Account 8114 | Gutierrez |
| J.B. | 2014 | 2/1/2016 | $3,191.75 | 5/13/2016 | 7/18/2016 | Account 9813 | Gutierrez |
| J.G. | 2014 | 1/20/2015 | $3,105 | 3/20/2015 | 4/16/2015 | Account 3504 | Olga Aucapina |
| J.L. | 2012 | 4/7/2014 | $3,121.38 | 3/24/2015 | 6/22/2015 | Account 3504 | Olga Aucapina |
| J.L. | 2013 | 4/7/2014 | $3,038.97 | 3/23/2015 | 6/29/2015 | Account 3504 | Olga Aucapina |
| J.M. | 2014 | 2/5/2015 | $2,840 | 6/1/2015 | 10/31/2015 | Account 8114 | Gutierrez |
| M.A. | 2014 | 1/30/2015 | $3,239 | 7/6/2015 | 11/9/2015 | Account 8114 | Gutierrez |
| M.Chi. | 2013 | 3/11/2015 | $2,900 | 5/15/2015 | 7/17/2015 | Account 3504 | Olga Aucapina |

| Tax Claimant's Initials | Tax Year | Date Tax Return Signed | Tax Refund Amount | Date Tax Refund Issued | Tax Refund Deposit Date | Bank Account | Defendant Who Endorsed Check |
|---|---|---|---|---|---|---|---|
| M.Chu. | 2016 | 3/1/2017 | Unpaid | N/A | N/A | | |
| M.L. | 2015 | 3/4/2016 | $3,144 | 5/18/2016 | 5/18/2016 | Account 4805 | M.Chu. |
| M.Pa. | 2014 | 4/1/2015 | $2,792.25 | 6/1/2015 | 12/18/2015 | Account 8114 | Gutierrez |
| M.Pu. | 2013 | 5/11/2015 | $3,131.15 | 7/24/2015 | 10/26/2015 | Account 6032 | Solano |
| M.Pu. | 2014 | 1/19/2015 | $3,165 | 4/24/2015 | 6/3/2015 | Account 9662 | Olga Aucapina |
| N.B. | 2013 | 10/28/2014 | $5,234 | 12/5/2014 | 1/6/2015 | Account 3504 | Olga Aucapina |
| N.C. | 2014 | 1/16/2015 | $3,063 | 2/6/2015 | 2/17/2015 | Account 9241 | Olga Aucapina |
| N.H. | 2014 | 3/17/2015 | $3,424.12 | 6/1/2015 | 11/25/2015 | Account 3079 | Solano |
| N.M. | 2014 | 3/24/2015 | $3,128 | 7/23/2015 | 9/10/2015 | Account 8114 | Gutierrez |
| N.R. | 2012 | 5/7/2013 | $3,072.86 | 2/13/2015 | 3/2/2015 | Account 3079 | Solano |
| R.C. | 2014 | 1/29/2015 | $3,251 | 4/3/2015 | 10/7/2015 | Account 8114 | Gutierrez |
| R.E. | 2014 | 1/29/2015 | $3,256 | 7/13/2015 | 10/21/2015 | Account 8114 | Gutierrez |
| R.P. | 2014 | 2/17/2015 | $2,636 | 4/3/2015 | 9/14/2015 | Account 8114 | Gutierrez |
| R.W. | 2013 | 10/2/2014 | $3,165 | 2/23/2015 | 3/12/2015 | Account 9241 | Olga Aucapina |
| Y.C. | 2014 | 1/21/2015 | $3,190 | 4/24/2015 | 10/27/2015 | Account 8114 | Gutierrez |

17.     It was further part of the conspiracy that with respect to the proceeds of the fraudulent tax refunds, the Conspirators spent some it for their personal use and wired some of it to the Conspirators' relatives in Ecuador.

<u>Overt Acts</u>

18.     In furtherance of the conspiracy and to effect the objects thereof, one or more of the Conspirators committed and caused to be committed the following overt acts, among others, in the District of Connecticut and elsewhere:

a.     For each of the tax refunds listed in the table in Paragraph 16 above, on or about the dates listed under "Tax Refund Deposit Date," the defendant listed under "Defendant Who Endorsed Check" deposited and caused the deposit of the tax refund check into the listed "Bank Account," with each such deposit constituting a separate overt act.

b.     On or about March 5, 2015, SOLANO sent and caused others to send a wire transfer from Account 3079 in the amount of $20,000, which included proceeds from one or more of the tax refund checks listed in Paragraph 16 above, to an individual with initials L.S., whose true identity in known to the Grand Jury, in Ecuador.

c.     On or about September 4, 2015, GUTIERREZ sent and caused others to send a wire transfer, via Western Union, in the amount of $2,700, which included proceeds from one or more of the tax refund checks listed Paragraph 16 above, to an individual with initials L.A., whose true identity in known to the Grand Jury, in Ecuador. The individual with initials L.A. is a relative of OLGA AUCAPINA and DIEGO AUCAPINA.

d.     On or about October 7, 2015, GUTIERREZ sent and caused others to send a wire transfer, via Western Union, in the amount of $1,450, which included proceeds from one or more of the fraudulent tax refund checks listed Paragraph 16 above, to L.A. in Ecuador.

e.  On or about October 12, 2015, GUTIERREZ sent and caused others to send a wire transfer, via Western Union, in the amount of $1,600, which included proceeds from one or more of the tax refund checks listed Paragraph 16 above, to L.A. in Ecuador.

f.  On or about October 14, 2015, GUTIERREZ sent and caused others to send a wire transfer, via Western Union, in the amount of $1,600, which included proceeds from one or more of the tax refund checks listed Paragraph 16 above, to L.A. in Ecuador.

g.  On or about October 22, 2015, GUTIERREZ sent and caused others to send a wire transfer, via Western Union, in the amount of $1,500, which included proceeds from one or more of the tax refund checks listed Paragraph 16 above, to L.A. in Ecuador.

h.  On or about October 23, 2015, GUTIERREZ sent and caused others to send a wire transfer, via Western Union, in the amount of $1,190, which included proceeds from one or more of the tax refund checks listed Paragraph 16 above, to an individual with initials E.P., whose true identity in known to the Grand Jury, in Ecuador. The individual with initials E.P. is a relative of OLGA AUCAPINA and DIEGO AUCAPINA.

i.  On or about November 3, 2015, GUTIERREZ sent and caused others to send a wire transfer, via Western Union, in the amount of $1,000, which included proceeds from one or more of the tax refund checks listed Paragraph 16 above, to L.A. in Ecuador.

j.  On or about December 12, 2015, GUTIERREZ sent and caused others to send a wire transfer, via Western Union, in the amount of $1,000, which included proceeds from one or more of the tax refund checks listed Paragraph 16 above, to L.A. in Ecuador.

k.  On or about March 4, 2016, OLGA AUCAPINA entered a post office and handed a postal employee an envelope addressed to the IRS containing the tax return for claimant M.L. for tax year 2015, as described in Paragraph 16 above, to be mailed to the IRS. OLGA

AUCAPINA purchased first-class postage and certified mail for the envelope containing M.L.'s tax return.

All in violation of Title 18, United States Code, Section 371.

COUNT TWO
(Conspiracy to Defraud the Government With Respect to Claims)

19.     Paragraphs 1 to 11 and 14 to 18 are incorporated by reference.

20.     From in or about May 2013 until in or about April 2017, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, the defendants OLGA AUCAPINA, DIEGO AUCAPINA, SOLANO, GUTIERREZ, and others known and unknown to the Grand Jury, did knowingly and willfully enter into an agreement, combination, and conspiracy with each other to defraud the United States and the IRS by obtaining and aiding to obtain the payment of false, fictitious, and fraudulent claims, that is, federal tax refunds.

All in violation of Title 18, United States Code, Section 286.

COUNT THREE
(Conspiracy to Commit Money Laundering)

21.     Paragraphs 1 to 11 and 14 to 18 are incorporated by reference.

22.     From in or about May 2013 until in or about April 2017, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, the defendants OLGA AUCAPINA, DIEGO AUCAPINA, SOLANO, GUTIERREZ and others known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, and agree with each other to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, namely:

a.     to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, specifically, depositing the tax refunds and causing the wire transfers described in Paragraph 18 a to j above, which involved the proceeds of a specified

unlawful activity, that is, theft of public money, in violation of Title 18, United States Code, Section 641, knowing that the transactions were designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, and the control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transactions, they knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

      b.    to knowingly transport, transmit, and transfer monetary instruments and funds from a place in the United States to a place outside the United States, specifically, the wire transfers described in Paragraph 18 b to j above, knowing that the monetary instrument or funds involved in the transportation, transmission, or transfer represent the proceeds of some form of unlawful activity and knowing that such transportation, transmission, or transfer is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity, that is, theft of public money, a felony violation of Title 18, United States Code, Section 641, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

COUNT FOUR
(Theft of Public Money)

23.     Paragraphs 1 to 11 and 14 to 18 are incorporated by reference.

24.     On or about March 28, 2016, in the District of Connecticut and elsewhere, the defendant OLGA AUCAPINA did knowingly and willfully embezzle, steal, purloin, and convert to her own use, and the use of another, money of a value exceeding $1,000, namely, a tax refund in the amount of $3,246 issued to claimant C.An. from the U.S. Department of the Treasury, which money was property of the United States.

All in violation of Title 18, United States Code, Section 641.

COUNT FIVE
(Theft of Public Money)

25.     Paragraphs 1 to 11 and 14 to 18 are incorporated by reference.

26.     On or about July 18, 2016, in the District of Connecticut and elsewhere, the defendant GUTIERREZ did knowingly and willfully embezzle, steal, purloin, and convert to his own use, and the use of another, money of a value exceeding $1,000, namely, a tax refund in the amount of $3,191.75 issued to claimant J.B. from the U.S. Department of the Treasury, which money was property of the United States.

All in violation of Title 18, United States Code, Section 641.

A TRUE BILL

/s/
FOREPERSON

UNITED STATES OF AMERICA

LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

NEERAJ N. PATEL
ASSISTANT UNITED STATES ATTORNEY

11
